IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARK WALLACE FITZGERALD,

    Plaintiff,

v.                                CASE NO. 5:13-cv-261-RS-EMT

CORRECTIONS CORPORATION OF
AMERICA, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The claims against Defendants CCA, Ellis, Durrance, Ruffin, Sanders, and Doyle are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. This matter is referred to Magistrate Judge Timothy for further proceedings on Plaintiff's Eighth Amendment claims against Defendants Russell, Gillis, Grinder, and "Unidentified Nurse."

**ORDERED** on April 29, 2014.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**