IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARK WALLACE FITZGERALD,

    Plaintiff,

v.                                        Case No. 5:13cv261-MW/EMT

SEAN GILLIS, et al.,

    Defendants.

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 75, and has also reviewed *de novo* Plaintiff's Motion to Continue Court Proceedings or Appeal Dismissal, ECF No. 77, filed August 18, 2015, which this Court has construed as an objection to the report and recommendation.  Accordingly,

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "This action is **DISMISSED** without prejudice, pursuant to Rule 37(b)(2)(A), for

1

Plaintiff's failure to comply with the Court's discovery orders." The Clerk shall close the file.

    **SO ORDERED on August 19, 2015.**

                                                   **s/MARK E. WALKER**
                                                 **United States District Judge**